UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ORLANDO CRUZ, an individual and ALBERTO CRUZ, an individual,

    Plaintiffs,

v.                                Case No: 2:14-cv-601-FtM-29CM

IMPRO SYNERGIES, LLC, a Florida limited liability company,

    Defendant.

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #41), filed September 14, 2015, recommending that the parties' Renewed Joint Motion for Approval of Settlement and Dismiss Case With Prejudice (Doc. #40) be granted, the Settlement Agreement (Doc. #40-1) be approved, jurisdiction over enforcement of the settlement not be retained, and the case dismissed with prejudice.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #41) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Renewed Joint Motion for Approval of Settlement and Dismiss Case With Prejudice (Doc. #40) is **granted** and the Settlement Agreement (Doc. #40-1) is approved as a fair and reasonable resolution of a bona fide dispute.

    3.    The Clerk shall enter judgment **dismissing** the case with prejudice and without the Court retaining jurisdiction, terminate all deadlines and motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of October, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties